**Order filed August 14, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00381-CR

———————

**KENTON FRYER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 21st District Court**
**Bastrop County, Texas**
**Trial Court Cause No. 16,029**

## ORDER

The reporter's record in this case was originally due **June 18, 2018**. *See* Tex. R. App. P. 35.1. On June 19, 2018, this court ordered the court reporter to file the record within 15 days. In response, the court reporter sought an extension of time to file the record. The extension was granted in part through August 6, 2018. *See* Tex. R. App. P. 35.3(c). The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Margaret Raiford**, the official court reporter, to file the record in this appeal **on or before September 13, 2018**. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Margaret Raiford** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM